1  BUCHALTER NEMER
   A Professional Corporation
2  DENISE H. FIELD (SBN: 111532)
   CYNTHIA L. FAIR (SBN: 210816)
3  333 Market Street, 25th Floor
   San Francisco, CA 94105-2126
4  Telephone: (415) 227-0900
   Facsimile: (415) 227-0770
5  Email: cfair@buchalter.com

6  Attorneys for Defendant
   TULARE FROZEN FOODS, LLC

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11   C&G FARMS and AMARAL RANCHES,          Case No. 1:09-CV-00032-LJO-DLB

12            Plaintiffs,                    **STIPULATION AND ORDER TO EXTEND**
                                             **TIME TO RESPOND TO COMPLAINT**
13            vs.
                                             [LOCAL RULE 6-144(a)]
14   LINDSAY FOODS INTERNATIONAL,
     CAPSTONE BUSINESS CREDIT, LLC,
15   TULARE FROZEN FOODS, LLC and
     DOES 1-10, Inclusive,
16
              Defendants.
17

18

19           This Stipulation is entered by and between Plaintiffs C&G Farms and Amaral Ranches

20   ("Plaintiffs") and Defendant Tulare Frozen Foods, LLC ("Defendant"), by and through their

     counsel of record, and is based on the following:
21
             WHEREAS, on February 27, 2009, Plaintiffs served Defendant with a copy of the
22
     Summons and Complaint;
23
             WHEREAS, on March 17 and March 18, the parties stipulated to a 30-day extension of
24
     time to respond to the Complaint, pursuant to Local Rule 6-144(a);
25
             WHEREAS, the parties have undertaken settlement negotiations, are in the process of
26
     exchanging information for the purposes of settlement, and have made significant progress
27
     towards settlement;
28

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

1    WHEREAS, Defendant's response to the Complaint must be filed on or before April 20,

2    2009;

3    WHEREAS, in order to permit the parties to resolve this matter without incurring

4    unnecessary fees and costs, the parties seek an additional 30-day extension of time, up to and

5    including May 20, 2009, for Defendant to respond to the Complaint.

6    **IT IS THEREFORE STIPULATED** that Defendant will have an additional 30-day

7    extension of time, up to and including May 20, 2009, to respond to the Complaint, if necessary.

8

9    DATED: April 13, 2009                JOHNSON & MONCRIEF
                                          A Professional Corporation

10

11                                        By:   /s/ Paul Hart
                                              _____
12                                                    PAUL HART
                                                  Attorneys for Plaintiffs
13                                          C&G FOODS AND AMARAL RANCHES

14

15   DATED: April 13, 2009                BUCHALTER NEMER
                                          A Professional Corporation
16

17

18                                        By:   /s/ Cynthia L. Fair
                                              _____
                                                  CYNTHIA L. FAIR
19                                               Attorneys for Defendant
                                            TULARE FROZEN FOODS, LLC
20

21

22

23

24

25

26

27

28

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

1

**<u>ORDER</u>**

2   The Court, having read and considered the parties' Stipulation and [Proposed] Order to

3 Extend Time to Respond to Complaint and good cause appearing therefore, hereby orders as

4 follows:

5    IT IS HEREBY ORDERED that Defendant will have an additional 30-day

6 extension of time, up to and including May 20, 2009, to respond to the Complaint, if necessary.

7

8 DATED: <u>15 April 2009</u>    ___/s/ *Dennis L. Beck*_____

               HON. DENNIS L. BECK

9                U.S. MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

BN 3193835v1       3

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**
**CASE NO: 1:09-CV-00032-LJO-DLB**