BUCHALTER NEMER
A Professional Corporation
DENISE H. FIELD (SBN: 111532)
CYNTHIA L. FAIR (SBN: 210816)
333 Market Street, 25th Floor
San Francisco, CA 94105-2126
Telephone: (415) 227-0900
Facsimile: (415) 227-0770
Email: cfair@buchalter.com

Attorneys for Defendant
TULARE FROZEN FOODS, LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| C&G FARMS and AMARAL RANCHES,<br><br>Plaintiffs,<br><br>vs.<br><br>LINDSAY FOODS INTERNATIONAL, CAPSTONE BUSINESS CREDIT, LLC, TULARE FROZEN FOODS, LLC and DOES 1-10, Inclusive,<br><br>Defendants. | Case No. 1:09-CV-00032-LJO-DLB<br><br>**STIPULATION AND ORDER TO CONTINUE SCHEDULING CONFERENCE** |

This Stipulation is entered by and between Plaintiffs C&G Farms and Amaral Ranches ("Plaintiffs") and Defendants Capstone Business Credit, LLC and Tulare Frozen Foods, LLC ("Defendants"), by and through their counsel of record, and is based on the following:

WHEREAS, on March 30, 2009, the Court issued a Minute Order resetting the Scheduling Conference from April 16, 2009 to June 4, 2009;

WHEREAS, on April 27, 2009, Plaintiffs served Defendants with a First Amended Complaint asserting new allegations via a Notice of Acknowledgement and Receipt;

WHEREAS, Defendants' responses to the Complaint must be filed on or before June 26, 2009;

WHEREAS, the parties seek a 60-day continuance of the Scheduling Conference in order

BN 3543776v1  1
BUCHALTER NEMER
A PROFESSIONAL CORPORATION
SAN FRANCISCO
**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SCHEDULING CONFERENCE
1:09-CV-00032-LJO-DLB**

to provide Defendants with an opportunity to evaluate and respond to the new allegations in the First Amended Complaint prior to the Scheduling Conference.

**IT IS THEREFORE STIPULATED** that the Scheduling Conference will be continued for a period of 60 days, to August 3, 2009 at 8:30 a.m. in Department 9, or a date thereafter that is convenient with the Court, to provide Defendants with an opportunity to evaluate and respond to the new allegations in the First Amended Complaint prior to the Scheduling Conference.

DATED: May 7, 2009　　　　　　　　　JOHNSON & MONCRIEF
　　　　　　　　　　　　　　　　　　A Professional Corporation


By:　　　/s/ Paul Hart
　　　　PAUL HART
　　Attorneys for Plaintiffs
C&G FOODS AND AMARAL RANCHES


DATED: May 7, 2009　　　　　　　　　BUCHALTER NEMER
　　　　　　　　　　　　　　　　　　A Professional Corporation


By:　　　/s/ Cynthia L. Fair
　　　　CYNTHIA L. FAIR
　　Attorneys for Defendant
　TULARE FROZEN FOODS, LLC

DATED: May 7, 2009　　　　　　　　　HOLLAND & KNIGHT, LLP


By:　　　/s/ David Gonden
　　　　DAVID GONDEN
　　Attorneys for Defendant
CAPSTONE BUSINESS CREDIT, LLC

BN 3543776v1　　　　　　　　　2

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SCHEDULING CONFERENCE**
**1:09-CV-00032-LJO-DLB**

# [PROPOSED] ORDER

The Court, having read and considered the parties' Stipulation and [Proposed] Order to Continue Scheduling Conference and good cause appearing therefore, hereby orders as follows:

IT IS HEREBY ORDERED that the Scheduling Conference will be continued for a period of 60 days, to August 4, 2009 at 9:00 a.m. in Department 9.

DATED: 18 May 2009 /s/ *Dennis L. Beck*
HON. DENNIS L. BECK
U.S. MAGISTRATE JUDGE

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
SAN FRANCISCO