Paul W. Moncrief, Esq. SBN 204239
Paul Hart, Esq., SBN 237766
JOHNSON & MONCRIEF, PLC
295 Main Street, Suite 600
Salinas, CA 93901
Telephone: (831) 759-0900
Facsimile: (831) 759-0902

Attorney for Plaintiffs,
C&G Farms and Amaral Ranches

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C&G FARMS<br><br>and<br><br>AMARAL RANCHES<br><br>          Plaintiffs,<br><br>     v.<br><br>CAPSTONE BUSINESS CREDIT, LLC, TULARE FROZEN FOODS, LLC and DOES 1-10, Inclusive<br><br>          Defendants. | Case No. 1:09-CV-00032-LJO-DLB<br><br>**ORDER FOR DISMISSAL** |

The entire action by Plaintiffs C&G Farms and Amaral Ranches as to Defendant Tulare Frozen Foods, LLC is hereby dismissed with Prejudice.

Dated: July 8, 2009

By:____/s/ Lawrence J. O'Neill_____
JUDGE OF THE U. S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

1

Order for Dismissal
*C&G v. Capstone*
Case No. 1:09-CV-00032-LJO-DLB