Paul W. Moncrief, Esq. SBN 204239
Paul Hart, Esq., SBN 237766
JOHNSON & MONCRIEF, PLC
295 Main Street, Suite 600
Salinas, CA 93901
Telephone: (831) 759-0900
Facsimile: (831) 759-0902

Attorney for Plaintiffs,
C&G Farms and Amaral Ranches

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C&G FARMS<br><br>and<br><br>AMARAL RANCHES<br><br>Plaintiffs,<br><br>v.<br><br>CAPSTONE BUSINESS CREDIT, LLC, TULARE FROZEN FOODS, LLC and DOES 1-10, Inclusive<br><br>Defendants. | Case No. 1:09-CV-00032-LJO-DLB<br><br>**ORDER DENYING REQUEST TO SHORTEN TIME**<br><br>[FRCP Rule 16(d)] |

Having considered C&G Farms, Inc. and Amaral Ranches, Inc.'s ("Plaintiffs") ex parte application for an order shortening time, and finding no good cause as shortening time is unnecessary therefore,

IT IS HEREBY ORDERED that the Ex Parte Application for Order Shortening Time is DENIED. Plaintiffs' Motion for Leave to File Second Amended Complaint is timely filed and will be heard by this Court on March 12, 2010 at 9:00 a.m. in Courtroom 9 before the undersigned U.S. Magistrate Judge.

1

[Proposed] Order Shortening Time
*C&G v. Capstone*
Case No. 1:09-CV-00032-LJO-DLB

1
2  IT IS SO ORDERED.
3
   Dated:   **February 9, 2010**                    /s/ *Dennis L. Beck*
4                                                UNITED STATES MAGISTRATE JUDGE
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

[Proposed] Order Shortening Time
*C&G v. Capstone*
Case No. 1:09-CV-00032-LJO-DLB