Paul W. Moncrief, Esq. SBN 204239
Paul Hart, Esq., SBN 237766
JOHNSON & MONCRIEF, PLC
295 Main Street, Suite 600
Salinas, CA 93901
Telephone: (831) 759-0900
Facsimile: (831) 759-0902

Attorney for Plaintiffs,
C&G Farms and Amaral Ranches

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C&G FARMS<br><br>and<br><br>AMARAL RANCHES<br><br>Plaintiffs,<br><br>v.<br><br>CAPSTONE BUSINESS CREDIT, LLC, TULARE FROZEN FOODS, LLC and DOES 1-10, Inclusive<br><br>Defendants. | Case No. 1:09-CV-00032-LJO-DLB<br><br>**ORDER TO FILE DOCUMENT UNDER SEAL**<br><br>DATE:  April 16, 2010<br>TIME:   9:00 a.m.<br>DEPT:   9 |

    Pursuant to Local Rule 141, Plaintiffs C&G Farms, Inc. and Amaral Ranches, Inc. ("Plaintiffs") have applied to this Court for an order permitting them to file under seal Exhibit D to the Declaration of Dennis Lewis in Support of Plaintiffs' Motion to Compel Discovery Responses and for Sanctions, pursuant to Local Rule 141.

    GOOD CAUSE APPEARING, Plaintiff's request is granted. The Clerk is directed to maintain the following document in accordance with the provisions of Local Rule 141:

1

1  **Exhibit D to the Declaration of Dennis Lewis in Support of Plaintiffs' Motion to
2  Compel Discovery Responses and for Sanctions.**

4  IT IS SO ORDERED.

6  Dated:   **April 12, 2010**                     /s/ Dennis L. Beck
                                                 UNITED STATES MAGISTRATE JUDGE

2

Ex Parte Application
*C&G v. Capstone*
Case No. 1:09-CV-00032-LJO-DLB