Paul Hart, Esq., SBN 237766
Dennis J. Lewis, Esq., SBN 262256
JOHNSON & MONCRIEF, PLC
295 Main Street, Suite 600
Salinas, CA 93901
Telephone: (831) 759-0900
Facsimile: (831) 759-0902

Attorney for Plaintiffs,
C&G Farms, Inc. and George Amaral Ranches, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C&G FARMS, INC.<br><br>    and<br><br>GEORGE AMARAL RANCHES, INC.<br><br>         Plaintiffs,<br><br>    v.<br><br>CAPSTONE BUSINESS CREDIT, LLC; JOHN R. RICE; JOSEPH F. INGRASSIA; CAPSTONE CAPITAL GROUP I, LLC; CAPSTONE GROUP, INC.; THE CAPSTONE GROUP, LLC; and DOES 1 through 10 inclusive,<br><br>         Defendants. | Case No. 1:09-CV-00032-LJO-SKO<br><br>**REVISED SCHEDULING ORDER** |

Pursuant to the Stipulation of the parties, the Court finds that good cause exists for extending the deadlines set forth in the Scheduling Order dated September 8, 2009.

IT IS HEREBY ORDERED that the deadlines in the Scheduling Order are extended as follows:

/ / / / /

/ / / / /

1

| | | | |
|---|---|---|---|
| 1. | Initial Disclosures (as to Defendants The Capstone Group, LLC, John Rice, Joseph Ingrassia, and The Capstone Capital Group I, LLC): | | 14 days after Ms. Cooper accepts service |
| 2. | Non Expert Discovery Cut Off: | | November 15, 2010 |
| 3. | Expert Discovery Cut Off: | | November 29, 2010 |
| 4. | Non Dispositive Motion Filing Deadline: | | December 6, 2010 |
| 5. | Non Dispositive Motion Hearing Deadline: | | January 7, 2011 |
| 6. | Dispositive Motion Filing Deadline: | | January 18, 2011 |
| 7. | Dispositive Motion Hearing Deadline: | | February 28, 2011 |
| 8. | Pre-Trial Conference: | | March 14, 2011 at 8:30am Courtroom Four |
| 9. | Trial Date: | | April 25, 2011 at 8:30am, Courtroom Four, Court Trial 3 to 5 days |

IT IS SO ORDERED.

Dated: **May 27, 2010**           **/s/ Sheila K. Oberto**
                              UNITED STATES MAGISTRATE JUDGE

2

Order
*C&G Farms et al.  v. Capstone Business Credit, LLC, et al.*
Case No. 1:09-CV-00032-LJO-SKO