David M. Gonden (State Bar No. 154306)
TROMBADORE GONDEN LAW GROUP LLP
225 Bush Street, 16th Floor
San Francisco, California 94104
Telephone: (415) 439-8372
Facsimile: (415) 520-6535

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA,

FRESNO DIVISION

| | |
|---|---|
| C&G FARMS; AMARAL RANCHES,<br><br>Plaintiffs,<br><br>vs.<br><br>CAPSTONE BUSINESS CREDIT, LLC; TULARE FROZEN FOODS, LLC; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 1:09-CV-00032-LJO-SKO<br><br>**STIPULATION FOR FILING OF AMENDED ANSWER TO PLAINTIFFS' SECOND AMENDED COMPLAINT; ORDER THEREON** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that Defendants Capstone Business Credit, LLC, Capstone Capital Group I, LLC, Joseph Ingrassia, John Rice, and The Capstone Group, LLC may file an Amended Answer, the form of which has been approved by the parties hereto.

**IT IS SO STIPULATED.**

```
                                              JOHNSON & MONCRIEF, PLC

Dated: October 1, 2010              _____/S/_____
                                         Dennis Lewis, Esq.
                                         Attorneys for Plaintiffs



Dated:  October 1, 2010             TROMBADORE GONDEN LAW GROUP


                                    _____/S/_____
                                         David M. Gonden, Esq.
                                         Attorney for Defendants
```

### ORDER

The foregoing Stipulation permitting Defendants Capstone Business Credit, LLC, Capstone Capital Group I, LLC, Joseph Ingrassia, John Rice, and The Capstone Group, LLC to file an Amended Answer, the form of which has been approved by the parties hereto, is hereby Granted.

IT IS SO ORDERED.

```
  Dated:   October 7, 2010                   /s/ Sheila K. Oberto
                                         UNITED STATES MAGISTRATE JUDGE
```