IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C&G FARMS, INC.<br><br>and<br><br>GEORGE AMARAL RANCHES, INC.<br><br>Plaintiffs,<br><br>v.<br><br>CAPSTONE BUSINESS CREDIT, LLC; JOHN R. RICE; JOSEPH F. INGRASSIA; CAPSTONE CAPITAL GROUP I, LLC; CAPSTONE GROUP, INC.; THE CAPSTONE GROUP, LLC; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. 1:09-CV-00032-LJO-SKO<br><br>**ORDER GRANTING C&G FARMS, INC., LEAVE TO AMEND RESPONSES TO DEFENDANT CAPSTONE BUSINESS CREDIT, LLC's REQUEST FOR ADMISSIONS (SET TWO), REQUESTS NOS. 1 AND 3** |

Pursuant to the Stipulation of the parties, Plaintiff C&G Farms, Inc. ("C&G") may file amended responses to Defendant Capstone Business Credit, LLC's Requests for Admissions, Set Two, Requests Nos. 1 and 3 in the manner proposed in Exhibit A of the parties' stipulation at Docket No. 106.

IT IS SO ORDERED.

Dated:  **December 20, 2010**                **/s/ Sheila K. Oberto**
                                        UNITED STATES MAGISTRATE JUDGE

Order Granting Leave to Amend Responses
*C&G Farms et al. v. Capstone Business Credit, LLC, et al.*
Case No. 1:09-CV-00032-LJO-SKO