Paul W. Moncrief, Esq. SBN 204239
Paul Hart, Esq. SBN 237766
JOHNSON & MONCRIEF, PLC
295 Main Street, Suite 600
Salinas, CA 93901
Telephone: (831) 759-0900
Facsimile: (831) 759-0902

Attorney for Plaintiffs,
C&G Farms, Inc. and George Amaral Ranches, Inc.,

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C&G FARMS, INC.<br><br>and<br><br>GEORGE AMARAL RANCHES, INC.<br><br>Plaintiffs,<br><br>v.<br><br>CAPSTONE BUSINESS CREDIT, LLC; JOHN R. RICE; JOSEPH F. INGRASSIA; CAPSTONE CAPITAL GROUP I, LLC; and DOES 1-10, Inclusive,<br><br>Defendants. | Case No.  1:09-CV-0032-LJO-SKO<br><br>**ORDER GRANTING PLAINTIFF GEORGE AMARAL RANCHES, INC.'S FIRST AMENDED EX PARTE APPLICATION FOR ORDER TO FILE EXHIBITS UNDER SEAL RE MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, SUMMARY ADJUDICATION**<br><br>FRCP Rule 56<br><br>DATE:     February 17, 2011<br>TIME:     8:30 a.m.<br>DEPT:     Courtroom 4<br><br>TRIAL DATE:  April 26, 2011<br>JUDGE:    Hon. Lawrence J. O'Neill |

Pursuant to Local Rule 141, Plaintiff George Amaral Ranches, Inc. ("Plaintiff") has applied to this Court for an order permitting it to file under seal Exhibit 14, Exhibit 15, and Exhibit 19 in Support of Plaintiff's Motion for Summary Judgment or, alternatively, Motion for Summary Adjudication pursuant to Local Rule 141.

1

---

[Proposed] Order
*C&G Farms, Inc. et al. v. Capstone Business Credit, et al.*
Case No.  1:09-CV-00032-LJO-SKO

GOOD CAUSE APPEARING, Plaintiff's request is granted.  The Clerk is directed to maintain the following Exhibits in accordance with the provisions of Local Rule 141:

Exhibit 14, Exhibit 15, and Exhibit 19 in Support of Plaintiff George Amaral Ranches, Inc.'s Motion for Summary Judgment, or Alternatively, Summary Adjudication.

Dated:  January 20, 2011

/s/ Lawrence J. O'Neill_____
Judge of the United States District
Court, Eastern District of California