IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C&G FARMS, INC.,<br><br>　　　　　Plaintiff,<br>　vs.<br>CAPSTONE BUSINESS CREDIT, LLC, et al.,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　　／ | CASE NO. CV F 09-0032 LJO DLB<br><br>**ORDER TO DENY REQUEST TO DISMISS**<br>(Doc. 151.) |

Plaintiffs filed a March 2, 2011 request to dismiss this action against defendants Capstone Group, Inc. and The Capstone Group, LLC. Plaintiffs' attempt to dismiss this action against defendant The Capstone Group, LLC fails to comply with F.R.Civ.P. 41(a)(1)(A)(ii), which requires a stipulation signed by a defendant who has answered or filed a summary judgment motion. As such, this Court DISMISSES without prejudice only defendant Capstone Group, Inc., which has not appeared in this action, and DENIES dismissal of this action against defendant The Capstone Group, LLC in the absence of compliance with F.R.Civ.P. 41(a)(1)(A)(ii). This Court will entertain a proper stipulation to dismiss defendant The Capstone Group, LLC.

　　　　IT IS SO ORDERED.

**Dated:　　March 2, 2011**　　　　　　　　　　　　　／s／ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1