IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C & G FARMS, INC., et al., | CASE NO. CV F 09-0032 LJO SKO |
| Plaintiffs, vs. | **ORDER TO DISMISS DEFENDANT** (Doc. 154.) |
| CAPSTONE BUSINESS CREDIT, LLC, et al., | |
| Defendants. | |

Based on the parties' stipulation under F.R.Civ.P. 41(a)(1)(A)(ii), this Court DISMISSES this action without prejudice as to defendant The Capstone Group, LLC only and DIRECTS the clerk NOT to close this action.

IT IS SO ORDERED.

**Dated:    March 7, 2011**                    /s/ Lawrence J. O'Neill
                                                                UNITED STATES DISTRICT JUDGE