IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C&G FARMS, INC.,<br>GEORGE AMARAL RANCHES, INC.,<br><br>            Plaintiffs,<br><br>     vs.<br><br>CAPSTONE BUSINESS CREDIT, LLC,<br>et al,<br><br>            Defendants.<br>_____/ | CASE NO. CV F 09-0032 LJO SKO<br><br>**ORDER SETTING SETTLEMENT<br>AND PRETRIAL CONFERENCES** |

On March 14, 2011, this Court conducted a status conference in the above entitled case. Plaintiffs appeared by telephone by counsel Paul Hart. Defendants appeared by telephone by counsel David Gonden. After discussion with counsel, the Court selected the following dates:

**1.     Settlement Conference**

This Court sets a settlement conference for **March 29, 2011 at 10:30 a.m.** in Department 8(SKO), before Magistrate Judge Sheila Oberto. Unless otherwise permitted in advance by the Court, the attorneys who will try the case shall appear at the settlement conference with the parties and the person or persons having full authority to negotiate and settle the case, on any terms, at the conference. Magistrate Judge Oberto will issue an order which informs the parties of the required contents of the settlement conference statement and the deadline for filing the statement.

**2.      Pretrial conference**

The Court sets a pretrial conference for April 7, 2011 at 8:15 a.m. in Department 4. The parties may appear at the conference by arranging a one line conference call and telephoning the Court at 559-499-5680. As the parties previously filed a joint pretrial statement, the parties shall submit a joint pretrial conference statement with any updated information no later than April 4, 2011.

IT IS SO ORDERED.

**Dated:     March 14, 2011**              /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE