Paul W. Moncrief, Esq. SBN 204239
Paul Hart, Esq. SBN 237766
JOHNSON & MONCRIEF, PLC
295 Main Street, Suite 600
Salinas, CA 93901
Telephone: (831) 759-0900
Facsimile: (831) 759-0902

Attorney for Plaintiffs C&G Farms, Inc. and George Amaral Ranches, Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C&G FARMS, INC.<br><br>and<br><br>GEORGE AMARAL RANCHES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>CAPSTONE BUSINESS CREDIT, LLC; JOHN R. RICE; JOSEPH F. INGRASSIA; CAPSTONE CAPITAL GROUP I, LLC; and DOES 1-10, Inclusive,<br><br>Defendants. | Case No. 1:09-CV-0032-LJO-SKO<br><br>**ORDER RE DISMISSAL** |

The entire action by Plaintiffs C&G Farms, Inc. and George Amaral Ranches, Inc. as to all Defendants is hereby dismissed with Prejudice.  The clerk is directed to close the action.

IT IS SO ORDERED.

Dated:  **April 29, 2011**             **/s/ Lawrence J. O'Neill**

Order RE Dismissal                                    1
*C&G Farms, Inc. et al. v. Capstone Business Credit, et al.*
Case No.  1:09-CV-00032-LJO-SKO

1                                                           UNITED STATES DISTRICT JUDGE

---

Order RE Dismissal
*C&G Farms, Inc. et al. v. Capstone Business Credit, et al.*
Case No.  1:09-CV-00032-LJO-SKO